UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODNEY S. THORNLEY,

                Plaintiff,

    v.

LAKE WASHINGTON SCHOOL DISTRICT NO. 414, *et al.*,

                Defendants.

Case No. C21-1214RSL

ORDER TO SHOW CAUSE

On September 21, 2021, the Court issued an order requiring the parties to file a Joint Status Report by October 19, 2021. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than November 10, 2021, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of September 21, 2021. The Clerk is directed to place this Order to Show Cause on the Court's calendar for November 12, 2021.

DATED this 25th day of October, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE