# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RODNEY S. THORNLEY,<br><br>    Plaintiff,<br>  v.<br><br>LAKE WASHINGTON SCHOOL DISTRICT NO. 414 et al.,<br><br>    Defendants. | CASE NO. 2:21-cv-01214-TL<br><br>ORDER VACATING CASE MANAGEMENT SCHEDULE |

This matter is before the Court on the Parties' stipulated motion to stay, modify, or vacate the case management schedule. Dkt. No. 20-1.[1] This case is currently set for trial on January 23, 2023. Dkt. No. 17. The Court also previously set the following upcoming deadlines: (1) Rule 39.1 Settlement Conference must be held or completed by 10/21/2022, (2) Rule 39.1 Mediation must be held or completed by 11/21/2022, (3) Motions in Limine are due by 12/19/2022, (4) the

---

[1] The Parties originally filed their stipulated motion at Dkt. No. 19, but subsequently filed a praecipe with a corrected version of the stipulated motion at Dkt. No. 20-1. Although substantially similar, the pleading filed at Dkt. No. 20-1 appears to resolve several typographical errors that were included in the earlier filing and more clearly states the Parties' requested relief. As such, the Court will cite to the pleading at Dkt. No. 20-1 throughout this order.

ORDER VACATING CASE MANAGEMENT SCHEDULE - 1

Pretrial Order is due by 1/3/2023, (5) trial briefs, proposed voir dire questions, and proposed jury instructions are due by 1/9/2023, and (6) the Pretrial Conference is set for 1/17/2023. *Id.* The Parties seek to continue the trial date and vacate these deadlines to allow additional time for related parallel labor-relations proceedings to play out, which may significantly impact the scope of matters at issue in this litigation. Dkt. No. 20-1. The Parties stipulate that they expect to resolve those proceedings, continue to confer as to the impacts on this litigation, and pursue "a global resolution process" that might dispose of or focus the issues in this litigation by December 2022. *Id.* If the Parties are unable to fully resolve this matter, they anticipate needing to amend pleadings and request additional time to fully pursue discovery that they have postponed to focus on this alternate resolution process. *Id.*

      Finding good cause shown, the Court VACATES the trial date and remaining case management deadlines previously entered at Dkt. No. 17. The Court further ORDERS the Parties to submit a Joint Status Report and proposed Amended Case Management Schedule for the Court's consideration **by no later than January 20, 2023**.

      Dated this 7th day of November 2022.

Tana Lin
United States District Judge

ORDER VACATING CASE MANAGEMENT SCHEDULE - 2