THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY THORNLEY, individually,<br><br>      Plaintiff,<br><br> v.<br><br>LAKE WASHINGTON SCHOOL DISTRICT NO. 414; PAT FOWLER-FUNG, individual and official capacity, JOHN or JANE DOE FUNG, her spouse, in her individual and official capacity, and the marital community composed thereof; ERIN BOWSER, and JANE OR JOHN DOE BOWSER, her spouse, in her individual and official capacity, and the marital community composed thereof; WILLIAM ROSEN, in his individual and official capacity, JANE OR JOHN DOE, ROSEN his spouse, in her individual and official capacity, and the marital community composed thereof; and JON HOLMEN, in his individual and official capacity, and JOHN OR JANE DOE HOLMEN, his spouse, in her individual and official capacity, and the marital community composed thereof,<br><br>      Defendants. | No. 21:CV-01214 TL<br><br>[PROPOSED]<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>[CLERK'S ACTION REQUIRED] |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Rodney Thornley and all Defendants that all of Plaintiff's claims against Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

STIPULATION FOR AND ORDER OF DISMISSAL - 1
21:CV-01214 TL

1334-00039/21-1214 Thornley - Stip Order of Dismissal.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

| | |
|---|---|
| Dated: April 18, 2023 | LAW OFFICE OF PATRICIA S. ROSE |
| | |
| | /s/ Patricia S. Rose<br>Patricia S. Rose, WSBA #19046<br>Attorney for Plaintiff<br>1455 NW Leary Way, Suite 400<br>Seattle, WA 98107<br>Phone: 206-622-8964<br>Email: patty@pattyroselaw.com |
| Dated: April 18, 2023 | KEATING, BUCKLIN & McCORMACK, INC., P.S. |
| | |
| | /s/Shannon M. Ragonesi<br>Shannon M. Ragonesi, WSBA #31951<br>Attorneys for Defendants<br>801 Second Avenue, Suite 1210<br>Seattle, WA 98104<br>Ph.: (206) 623-8861 / FAX: (206) 223-9423<br>sragonesi@kbmlawyers.com |

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendants are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 18th day of April 2023.

_____
Tana Lin
United States District Judge

STIPULATION FOR AND ORDER OF DISMISSAL - 2
21:CV-01214 TL

1334-00039/21-1214 Thornley - Stip Order of Dismissal.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423